**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**Case No. 1:20-cv-20516-MGC**

STRIKE 3 HOLDINGS, LLC, a limited liability company,

    Plaintiff,

v.

JOHN DOE subscriber assigned IP address 136.28.12.67, an individual,

    Defendant.

_____/

**NOTICE OF FILING RULE 7.1 DISCLOSURE STATEMENT**

PLEASE TAKE NOTICE, pursuant to Fed. R. Civ. P. 7.1, Plaintiff's parent corporation is General Media Systems, LLC.   There are no publicly traded corporations that currently own 10% or more of Plaintiff's stock.

Dated: February 6, 2020                                     Respectfully submitted,

                                                                          /s/ *Rachel E. Walker*_____
                                                                          Rachel E. Walker (FL Bar No. 111802)
                                                                          SMGQ LAW
                                                                          218 NW 24th Street
                                                                          Miami, FL 33127
                                                                          Tel.: 305-377-1000
                                                                          Fax: 855-327-0391
                                                                          Email: rwalker@smgqlaw.com

                                                                          *Attorneys for Plaintiff*