UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. <u>1:20-cv-20516-MCG</u>

STRIKE 3 HOLDINGS, LLC, a limited liability company,

  Plaintiff,

v.

JOHN DOE subscriber assigned IP address 136.28.12.67, an individual,

  Defendant.

_____/

**NOTICE OF CHANGE OF ADDRESS**

  Attorney Rachel E. Walker, Esq. files this Notice of Change of Address in the above captioned case. All future pleadings, memoranda, correspondence, orders, etc., shall be sent to Ms. Walker at the following address:

|  |  |
|---|---|
| Law Firm: | **SMGQ Law** |
| Address: | **2 South Biscayne Blvd, 34th Floor** |
|  | **Miami, FL 33131** |
| E-mail: | **rwalker@smgqlaw.com** |
| Telephone: | 3**05-377-1000** |

Dated: April 2, 2020

                Respectfully submitted,

                <u>/s/ *Rachel E. Walker*</u>
                Rachel E. Walker (FL Bar No. 111802)
                SMGQ LAW
                2 South Biscayne Blvd, 34th Floor
                Miami, FL 33131
                Tel.: 305-377-1000

Fax: 855-327-0391
Email: rwalker@smgqlaw.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 2, 2020, a copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will furnish electronic copies to all counsel of record.

/s/ *Rachel E. Walker*