UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:20-cv-20516-MGC

STRIKE 3 HOLDINGS, LLC, a limited liability company,

    Plaintiff,

v.

JOHN DOE subscriber assigned IP address 136.28.12.67, an individual,

    Defendant.
_____/

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME WITHIN WHICH TO EFFECTUATE SERVICE ON JOHN DOE DEFENDANT

    Pursuant to Fed. R. Civ. P. 4(m), Plaintiff, Strike 3 Holdings, LLC ("Plaintiff"), makes this motion for entry of an order extending the time within which to effectuate service on John Doe Defendant, and states:

    1.    This is a copyright infringement case against a John Doe Defendant known to Plaintiff only by an IP address. Defendant's true identity is known by their Internet service provider ("ISP").

    2.    On February 4, 2020, Plaintiff filed suit against Defendant, asserting claims of copyright infringement, pursuant to 17 U.S.C. § 101, et seq. [ECF No. 1].

    3.    On February 11, 2020, the Court entered an Order of Referral and Order Regarding Court Practices and Procedures ("Order of Referral"). [ECF No. 7].

    4.    On February 21, 2020, Plaintiff filed a Motion for Leave to Serve a Third-Party Subpoena Prior to a Rule 26(f) Conference ("Motion for Leave") on Defendant's ISP to obtain the Defendant's identifying information. [ECF No. 9]. Plaintiff's Motion for Leave is currently pending before the Court.

5. Pursuant to the Court's Order of Referral, Plaintiff is required to effectuate service on the Defendant no later than April 11, 2020. Without permission to serve the third-party subpoena on Defendant's ISP, Plaintiff cannot learn Defendant's identity and, therefore, is unable to proceed with its case and is unable to comply with the current service deadline.

6. Procedurally, Plaintiff respectfully requests that the time within which it has to effectuate service of the summons and Complaint on Defendant be extended an additional sixty (60) days, and thus the deadline to effect service be extended to June 10, 2020.

7. This motion is made in good faith and not for the purpose of undue delay.

8. This is Plaintiff's first request for an extension. None of the parties will be prejudiced by the granting of this extension.

WHEREFORE, Plaintiff respectfully requests that the time within which it has to effectuate service of the summons and Complaint on Defendant be extended until June 10, 2020. A proposed order is attached for the Court's convenience.

## LOCAL RULE 7.1(a)(3) CERTIFICATION

As explained above, Defendant is known only by an IP Address. Because undersigned counsel does not know Defendant's identity, undersigned could not confer with Defendant in accordance with Local Rule 7.1(a)(3) prior to filing this Motion.

Dated: April 9, 2020

                                        Respectfully submitted,

                                        */s/ Rachel E. Walker*
                                        RACHEL E. WALKER (FL Bar No. 111802)
                                        SMGQ LAW
                                        2 South Biscayne Blvd., 34th Floor
                                        Miami, FL 33131
                                        Telephone: 305-377-1000
                                        Fax: 855-327-0391
                                        Primary Email: rwalker@smgqlaw.com

                                        *Attorneys for Plaintiff*